# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

P.J.A.,        :   No. 211 MAL 2016

       Petitioner      :

       :   Petition for Allowance of Appeal from
       :   the Order of the Superior Court

       v.        :

H.C.N.,        :

       Respondent    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 5th day of May, 2016, the Petition for Allowance of Appeal is **DENIED**.